**No. 59751.**—U. S. Bead & Novelty Corp. *v.* United States, protest 254731-K (A) (New York).

Opinion by WILSON, J. An examination of the collector's memorandum, which was received in evidence, disclosing that the merchandise in question is properly dutiable at 30 percent under paragraph 218 (f), as modified, *supra,* the claim of the plaintiff was sustained.